# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR193 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DEANDRE W. ROBINSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for reconsideration of the Court's previous Memorandum and Order denying the motion for a potential reduction in sentence (Filing No. 126).

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 126) is denied; and
2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 5th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge